UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 21-16041 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| | : | ORDER OF RELEASE |
| Prentis Baker | : | |

     The Court orders the defendant, _____Prentis Baker_____, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Submit to drug testing and treatment, as deemed necessary;

(4) Other:

_____/s/ Prentis Baker_____        _____2/4/21_____

DEFENDANT       DATE

     It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____Anthony R. Mautone_____

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____2/4/21_____
DATE